INBOX



Close

   

Compose  Folders  Options  Search

Previous | Next | 1 2 | Show All | Select All          Viewing Messages: 1 to 1 5 (19 total)

Move Selected To:                                      Transform Selected Messages:

INBOX    Move    Forward                               Read   Unread   Delete

Thread View

| From | Date | Subject |
|---|---|---|
| aclark@davidlewis.com | Apr 13, 2016 | + Advanced Service Advisor Course |
| aclark@davidlewis.com | Apr 6, 2016 | + Service Advisor Classes |
| aclark@davidlewis.com | Apr 6, 2016 | + Upcoming Advanced Sales Management Courses |
| aclark@davidlewis.com | Apr 4, 2016 | + Internet/BDC Class |
| aclark@davidlewis.com | Mar 29, 2016 | + Learn the Common Mistakes that Automotive Salespeople ... |
| aclark@davidlewis.com | Mar 28, 2016 | + April Training Classes at the DLA Training Centers |
| Nadine Staeger | Feb 19, 2016 | + Ask Wayne Rice about the great pitch I gave him on the ... |
| Anthony Caputo | Feb 14, 2016 | + Your naked pics and porn |
| Anthony Caputo | Feb 13, 2016 | + Look in waynes phone |
| Anthony Caputo | Feb 13, 2016 | + Your naked pics |
| Frank Cristaudo | Nov 23, 2015 | + (no subject) |
| Frank Cristaudo | Dec 13, 2015 | + (no subject) |
| Frank | Nov 27, 2015 | + (no subject) |
| Frank | Nov 27, 2015 | + Commission |
| Shanti Marie Lanese | Sep 13, 2013 | + Monthly Call Scheduled |

Previous | Next | 1 2 | Show All | Select All          Viewing Messages: 1 to 1 5 (19 total)

 

Reply                                                                                       Close

Subject: Your naked pics

From: Anthony Caputo <ncis9511@gmail.com>

Date: Sat, 13 Feb 2016 21:01:37 -0500

To: Jbindels@smithtownvw.net

Wayne has your naked pics all on his phone

 

Reply                                                                 Close

Subject: Look in waynes phone
From: Anthony Caputo <ncis9511@gmail.com>
Date: Sat, 13 Feb 2016 21:02:44 -0500
To: Jbindels@smithtownvw.net

He has a ton of your naked pics off your computer

Fire him and promote mike

 

Reply                                                                                                         Close

Subject: Your naked pics and porn
   From: Anthony Caputo <ncis9511@gmail.com>
   Date: Sun, 14 Feb 2016 11:00:26 -0500
      To: Jbindels@smithtownvw.net

Wayne took your naked pics and porn off your computer you need to demand to see his phone immediately and if he refuses its clear why and fire him promote mike