# Smithtown Volkswagen

530 E. Jericho Tpke. Saint James, NY 11780

631-724-6600

Date: Monday, September 09, 2013

Re: Harassment

Mr. David Quintero,

It has been brought to the dealership's attention that there has been inappropriate texting from your cellular phone addressed toward one of your sales professionals. In additional to the above statement there has also been at least one phone call made to the same employee after hours and not pertaining to work.

It is the company's policy to remind all employees that no forms of harassment will be tolerated at any level. This behavior should cease and desist immediately and at no point should affect the employee's future career here at the dealership.

If at any time during your employment by Smithtown Volkswagen, now or in the future, and the dealership receives one more complaint in regards to this employee or any other employee pertaining to inappropriate behavior, your employment will be terminated immediately.

| Jozeph Bindels | Mark Lieberman | David Quintero |
| --- | --- | --- |
| President | General Manager | Sales Manager |
| _[signature]_ Date 9/9/13 | _[signature]_ Date 9/9/13 | _[signature]_ Date 9/9/13 |

cc: Jozeph Bindels, Paula Denise, Liz Brogan, Mark Lieberman, David Quintero

# Smithtown VW
## 530 E. Jericho Tpk
## St. James, New York 11780

October 7, 2013

Mr David Quintero:

Unfortunately this past Saturday, October 5, 2013 it has come to our attention that there have been additional harassment issues involving your behavior with other employees.

Since you have already been warned on one occasion and we made it very clear that this type of behavior will not be tolerated at all, you are being terminated as of today.

Jozeph Bindels             Mark Lieberman             David Quintero

_____          _____          _____